Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Iyona F. COLLINS |
| **Docket Number:** | 2:03CR00501-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | March 3, 2004 |
| **Original Offense:** | 18 USC 1708 - Possession of Stolen Mail<br>(CLASS D FELONY) |
| **Original Sentence:** | 5 months Bureau of Prisons; 36 months supervised release; $100 special assessment |
| **Special Conditions:** | Warrantless search; Financial disclosure and restrictions; Drug testing; 5 months Community corrections center; and $5 Co-payment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | May 28, 2004 |
| **Assistant U.S. Attorney:** | James P. Arguelles     **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Michael Long     **Telephone:** (916) 447-1965 |

**Other Court Action:**

<u>10/13/2004:</u>   The defendant's term of supervised release was revoked after she was found in violation of her conditions of supervision, Community Corrections Center Failure. The defendant was

**RE:   Iyona F. COLLINS**
   **Docket Number:  2:03CR00501-01**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

sentenced to 29 days Bureau of Prisons and 35 months supervised release.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

**Justification:**   On May 26, 2005, the defendant submitted a urine sample that returned positive for methamphetamine and amphetamine.  The defendant admitted using methamphetamine on three separate occasions, explaining she was stressed over losing her job.

We would still like to work with the defendant and assist her in successfully adjusting within the community.  As a sanction for her violation conduct, we have increased testing and directed the defendant to participate in our "Sanction Group."  She will meet weekly with other non-compliant offenders and discuss their conduct.  They will address issues such as taking responsibility for their conduct and how they intend to modify and improve their behavior.  In addition, it is felt that individual drug counseling would further assist the defendant in dealing with her drug use.  She was not originally ordered to participate in

**RE:    Iyona F. COLLINS**
      **Docket Number:  2:03CR00501-01**
      <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
      <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

drug counseling but in light of her recent drug use, it is now warranted.  The defendant has signed a waiver, agreeing to this modification of her terms of supervision.

                Respectfully submitted,

                /s/Kris M. Miura
                **KRIS M. MIURA**
                **United States Probation Officer**
                Telephone: (916) 930-4305

**DATED:**    June 9, 2005
             Sacramento, California
             KMM

**REVIEWED BY:**    /s/Rafael G. Loya
                     **RAFAEL G. LOYA**
                     **Supervising United States Probation Officer**

**RE:   Iyona F. COLLINS**
    **Docket Number:  2:03CR00501-01**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

[ x ]   Modification approved as recommended.

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:   United States Probation
    James P. Arguelles, Assistant United States Attorney
    Michael Long, Assistant Federal Defender
    Defendant
    Court File

Attachment:        Presentence Report (Sacramento only)