Prob 12C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Iyona Fache COLLINS |
| **Docket Number:** | 2:03CR00501-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 03/03/2004 |
| **Original Offense:** | 18 USC 1708 - Possession of Stolen Mail<br>(CLASS D FELONY) |
| **Original Sentence:** | 5 months Bureau of Prisons; 36 months supervised release; $100 special assessment |
| **Special Conditions:** | Warrantless search; Financial disclosure and restrictions; Drug testing; 5 months Community corrections center; and $5 Co-payment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 10/13/2004 |
| **Assistant U.S. Attorney:** | James P. Arguelles   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Michael Long   **Telephone:** (916) 447-1965 |
| **Other Court Action:** | |
| <u>10/13/2004:</u> | The defendant's term of supervised release was revoked after she was found in violation of her conditions of supervision, Community Corrections |

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

**RE:    Iyona F. COLLINS**
      **Docket Number:  2:03CR00501-01**
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

|  |  |
|---|---|
|  | Center Failure.  The defendant was sentenced to 29 days Bureau of Prisons and 35 months supervised release. |
| **06/09/2005:** | After the defendant tested positive for illegal controlled substances, the Court modified her conditions of supervision to include correctional treatment. |

## PETITIONING THE COURT

**[ X ]   OTHER:** To order the defendant to appear before the Court on June 29, 2005.

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**    **Nature of Violation**

**Charge 1:**    **ILLICIT DRUG USE**

On May 26, 2005, and June 9, 2005, the defendant submitted urine samples that returned positive for methamphetamine and amphetamine.

The above is in violation of the Standard Condition of supervision that the defendant refrain from any unlawful use of a controlled substance.

RE:  Iyona F. COLLINS
Docket Number:  2:03CR00501-01
PETITION FOR WARRANT OR SUMMONS
FOR OFFENDER UNDER SUPERVISION

**Charge 2:**       FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER

On June 22, 2005, the defendant attempted to evade drug testing by having another person report in her stead to The Effort testing facility and claim to be the defendant. The Effort personnel knew this individual was not the defendant and when they asked her for identification, she walked away.

The above is in violation of the written Standard Condition No. 3 and Urine Collection Procedures which advise the defendant that deliberate evasion or the use of devices to avoid submitting valid specimens is a violation of supervision.

**Justification:** The defendant submitted two positive test results for methamphetamine. She was counseled and warned as to the consequences if she continued to use illicit drugs. However, it is obvious she failed to heed these warnings and continued using illegal substances, as demonstrated by her attempt to avoid detection by having another individual submit a urine sample in her place.

The Court was previously notified of the defendant's prior drug use (please refer to attached Violation Petition dated June 9, 2005) and it was recommended that the defendant's term of supervised release be modified to include correctional treatment, with no further action be taken at that time. In light of the subsequent drug use and deliberate evasion to avoid submitting a urine sample, it is apparent the Court's intervention is warranted at this time.

At this time, the defendant does not appear to be a flight risk or a danger to the community. Her current whereabouts are known and she reports as directed. It is anticipated she will appear in court as ordered. Therefore, we are recommending the defendant be ordered to appear in court on June 29, 2005, at 9:00 a.m., to answer to the above allegations.

**RE:  Iyona F. COLLINS**
**Docket Number:  2:03CR00501-01**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**


**I declare under penalty of perjury that the foregoing is true and correct.**


**EXECUTED ON**:       June 24, 2005
                       Sacramento, California
                       KMM

                                    Respectfully submitted,


                                     /s/Kris M. Miura
                                    **KRIS M. MIURA**
                                    **United States Probation Officer**
                                    Telephone: (916) 930-4305


**REVIEWED BY**:       /s/Rafael G. Loya
                       **RAFAEL G. LOYA**
                       **Supervising United States Probation Officer**

**RE:**   Iyona F. COLLINS
         **Docket Number:  2:03CR00501-01**
         **PETITION FOR WARRANT OR SUMMONS**
         **FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

[x ]   Other:   The defendant is ordered to appear in the United States District Court for the Eastern District of California before the Honorable William B. Shubb, on June 29, 2005, at 9:00 a.m., to show cause why supervised release heretofore granted should not be revoked. The probation officer is hereby directed to notify the defendant and counsel of said hearing.

**Date**: June 24, 2005

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:   United States Probation
      James P. Arguelles, Assistant United States Attorney
      Mike Long, Defense Counsel

Attachment:  Presentence Report   (Sacramento only)

**STATEMENT OF EVIDENCE OF ALLEGED
SUPERVISED RELEASE VIOLATIONS**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                                    RE:    Iyona F. COLLINS
                                                Docket Number:   2:03CR00501-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:    ILLICIT DRUG USE**

      **A.**    **Evidence:**

            (1)    Quest Diagnostics Laboratory Reports A00208950 and A00209089.

      **B.**    **Witnesses:**

            (1)    The Effort and Quest Diagnostics personnel will testify regarding the collection and analysis of the above specimens.

**RE:    Iyona F. COLLINS
Docket Number: 2:03CR00501-01
<u>STATEMENT OF EVIDENCE</u>**

**Charge 2:    FAILURE TO ABIDE BY DRUG TESTING PROCEDURES**

    **A.    Evidence:**

        (1)    Urine Collections Procedures form signed and dated June 2, 2004, by the defendant and United States Probation Officer

    **B.    Witnesses:**

        (1)    The Effort personnel will testify regarding the attempt to have another individual submit a urine specimen in the defendant's stead on June 22, 2005.

        (2)    The United States Probation Officer will testify regarding the review and signing of the above form.

Respectfully submitted,

/s/Kris M. Miura
**KRIS M. MIURA
United States Probation Officer**

**DATED:**    June 24, 2005
Sacramento, California

**REVIEWED BY**:    /s/Rafael G. Loya
**RAFAEL G. LOYA
Supervising United States Probation Officer**

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:** Iyona F. COLLINS        **Docket Number:** 2:03CR00501-01

**Date of original offense:** 11/06/2003

**Original term of supervised release imposed:** 35 **months.**

**Highest grade of violation alleged:**        C

**Criminal History Category of offender:**        IV

**Chapter 7 range of imprisonment:**  6 **to** 12  **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

    ___  **Class A felony - 5 years (or stat max of __ years if longer).**
    ___  **Class B felony - 3 years**
    _X_  **Class C and/or D felony - 2 years**
    ___  **Class E felony and misdemeanors:  1 year**

**Violation requires mandatory revocation:  YES:** ___  **NO:**  _X_ .

**Original offense committed after 09/13/94:**  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

KMM/cp