1  MICHAEL D. LONG
   Attorney at Law
2  State Bar No. 149475
   721 Ninth Street, Suite 250
3  Sacramento, CA 95814
   (916) 447-1965; Fax: (916) 447-1940
4  Long_5999@msn.com

5  Attorney for Defendant
   IYONA COLLINS
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S- 03-501 WBS |
| Plaintiff, | **ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | Date: 4-12-06 |
| **IYONA COLLINS** | Time: 9:00 a.m. |
| Defendants. | Judge: Hon. William B. Shubb |

18    **GOOD CAUSE APPEARING**, it is hereby **ORDERED** that the status conference currently

19 scheduled on April 12, 2006, is hereby continued to April 26, 2006, at 9:00 a.m.  Time shall be excluded

20 from the Speedy Trial Act calculation from April 12, 2006, through April 26, 2006, the date of the new

21 status conference, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 in order to give counsel

22 for defendant reasonable time to prepare.

23 **IT IS SO ORDERED**

24 .Dated:        April 7, 2006

25

26                                    _William B. Shubb_
27                                    WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE
28

                                      1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28